# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                                                                                                                         No. 05-10079-T

JAMES H. MOORE,

    Defendant.

## ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of defendant James H. Moore, with no objection from the government and for good cause shown, the report date currently scheduled for December 9, 2005, and the trial date currently scheduled for December 27, 2005, are hereby continued. Defendant contends that additional time is needed for preparation for the trial.

The court finds that the defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from December 27, 2005, to March 6, 2006, at 9:30 A.M.</u> The resulting period of delay, from December 27, 2005, to March 6, 2006, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). A new report has been scheduled for February 28, 2006, at 8:30 a.m. Defendant is granted an additional forty-five (45) days to file pretrial motions.

IT IS SO ORDERED.

                                                               _/s/ James D. Todd_
                                                                JAMES D. TODD
                                                                UNITED STATES DISTRICT JUDGE

                                                                28 November 2005
                                                                DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __12-01-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:05-CR-10079 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Timothy Boxx
KELLY LAW FIRM
802 Troy Ave.
P.O. Box 507
Dyersburg, TN 38025

Honorable James Todd
US DISTRICT COURT